## W. H. Thomas & T. B. Dockery v. The State.

### No. 4153. Decided May 19, 1909.

**Scire Facias—Notice of Appeal—Practice on Appeal.**

Where the record disclosed that notice of appeal was given to the Court of Civil Appeals instead of the Court of Criminal Appeals, the appeal must be dismissed.

Appeal from the District Court of El Paso. Tried below before the Hon. R. Harper.

Judgment final on appearance bond in the sum of $500.

The opinion states the case.

*Thomas M.* and *Cyrus H. Jones,* for appellants.

*F. J. McCord,* Assistant Attorney-General, for the State.

BROOKS, JUDGE.—This is a scire facias case. The State moves to dismiss this case on the ground that no notice of appeal is given to this court. The record discloses that the appeal is given to the Court of Civil Appeals of the Fourth Supreme Judicial District. It follows that the motion of the State must be sustained, and it is so ordered.

*Dismissed.*